Fannie J. Goepel v. Kurtz Action Company.— Motion granted. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

William F. Titus and Others v. Clara D. Dubois and Others.— Motion granted on condition stated in order. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

Herbert Lowell Dillon v. "Arthur" C. Harrington, etc.— Motion denied. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Cornelius J. Earley, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.